387 A.2d 920

Commonwealth v. Truitt, Appellant.

Argued September 15, 1977. James M. Potter, with him Liever, Hyman & Potter, for appellant; Bernard Mendelsohn, with him Baskin, Mendelsohn & Leisawitz, for Commonwealth, appellee.

Order affirmed.

HOFFMAN, J., dissented on the grounds that the support order of the lower court is excessive. He would remand to re-evaluate the needs and relative incomes and assets of the parties.

WATKINS, former P. J., did not participate in the consideration or decision of this case.